UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:03-cr-288-T-23MAP

JILLENE KLEPSER
_____/

**ORDER**

On July 7, 2004, the court determined that the defendant should be sentenced pursuant to Criminal History Category II, Offense Level 23 (Range 51-63 months) and imposed a fifty-one month term of imprisonment and a thirty-six month term of supervised release (Doc. 296). On May 25, 2005, the United States filed a motion to reduce the defendant's sentence one level pursuant to Rule 35, Federal Rules of Criminal Procedure (Doc. 568). Sharon Samek, on behalf of the defendant, filed a response seeking a greater reduction of 28 months and a reduced sentence of 33 months (Doc. 586).

Upon consideration, the United States' motion (Doc. 568) is **GRANTED**, and the defendant's term of imprisonment is reduced to **forty-one months** (Criminal History Category II, Offense Level 21, Range 41-51 months). All other terms and conditions of the defendant's sentence remain unchanged.

ORDERED in Tampa, Florida, on July 8, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record
United States Probation Office
United States Marshal Office